IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3113 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE A. ESPINOZA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The motion to withdraw filed by attorney Mark A. Weber, (filing no. 27), is granted.

2) Defendant Espinoza's newly retained counsel, James W. Crampton, shall promptly notify the defendant of the entry of this order.

3) The clerk shall delete Mr. Weber from any future ECF notifications herein.

DATED this 28th day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge