IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3113 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE A. ESPINOZA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Glenn Shapiro has not entered an appearance on defendant's behalf. The defendant has not requested appointed counsel, and has not identified a reasonable basis for needing new retained counsel.

Accordingly,

IT IS ORDERED:

1) The motion to withdraw filed by James Walter Crampton, (filing no. 38), is denied.

2) A telephonic status conference to discuss further case progression will be held on May 9, 2011 at 9:00 a.m. Counsel for the government shall place the call.

3) The additional time incurred while determining if new counsel will be entering an appearance for the defendant, the time between April 20, 2011 and May 9, 2011, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 4th day of May, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge