IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3113 |
| V. | ) | |
| JOSE A. ESPINOZA, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the request for CD/transcript by a non-party (filing 108) is denied. The Clerk's Office shall provide a copy of this order to Jessica Rosas Espinoza.

DATED this 27th day of February, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge