IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiffs, ) ) vs. ) ) JOSE A. ESPINOZA, ) ) Defendants. ) ) | 4:10CR3113 Order |

Before the Court is the Request for Transcript of Hearing Held on January 19, 2012 [87] for preparation of the transcript.

IT IS ORDERED:

The Request for Transcript (filing number 114) filed by Jose Espinoza, is granted.

The clerk's office is directed to mail a copy of this order to the party requesting the transcript. To arrange payment the requestor should contact the following court reporter:

Rogene Schoeder
United States District Court
Roman L. Hruska U.S. Courthouse
111 S. 18th Plaza, Suite 1152
(402) 661-7383

Dated: June 6, 2013

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge