IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:10CR3113 |
| V. | ) | |
| JOSE A. ESPINOZA, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion to extend deadline (filing 117) is granted. The plaintiff's brief in response to filing 111 shall be filed on or before July 1, 2013.

DATED this 18th day of June, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge