IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3113 |
| V. | ) | |
| JOSE A. ESPINOZA, | ) | ORDER |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's "motion to supplement and amend under Fed. R. Civ. P. 15" (filing 118) is denied.

    DATED this 18th day of June, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge