IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3113 |
| V. | ) | |
| JOSE A. ESPINOZA, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that Jose A. Espinoza shall have until the close of business on Thursday, August 1, 2013, to submit a reply in response to the government's answer (filing 122) and supporting brief (filing 123).

DATED this 17th day of July, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge