IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3113 |
| | ) | |
| V. | ) | |
| | ) | |
| JOSE A. ESPINOZA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On the court's own motion,

IT IS ORDERED that the Clerk shall immediately mail Jose A. Espinoza a copy of the transcript appearing here as filing no. 115. A copy of the transcript shall be provided by the Clerk at no cost to Mr. Espinoza. The transcriber will not be entitled to a fee. For the sake of clarity, this order supersedes filing no. 125 to the extent necessary for the Clerk to carry out the provisions of this order. The Clerk shall also mail a copy of this order to Mr. Espinoza.

DATED this 17th day of July, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge