IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JOSE A. ESPINOZA,<br><br>              Defendant. | 4:10-CR-3113<br><br>ORDER |

      This matter is before the Court on the defendant's motion to extend the time for filing a direct appeal (filing 177). *See* Fed. R. App. P. 4(b)(4). For good cause shown, *see Gibbons v. United States*, 317 F.3d 852, 854-55 (8th Cir. 2003), the Court will grant the defendant's motion.

      The order in this case (filing 176) was filed on July 8, 2024, so the initial deadline for filing a notice of appeal was July 22. *See* Rule 4(b)(1)(A); *see also* Rule 4(b)(6). Rule 4(b)(4) permits a 30-day extension from that deadline, which would be August 21. *See id*.; Fed. R. App. P. 26(a)(1)(C). The Court will extend the appeal deadline in this case until August 21.

      IT IS ORDERED:

1. The defendant's motion to extend the time for filing a direct appeal (filing 177) is granted.

2. The defendant may file a notice of appeal on or before August 21, 2024.

Dated this 23rd day of July, 2024.

BY THE COURT:

*[signature]*

John M. Gerrard
Senior United States District Judge